UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EH FUSION PARTY,
DAVID GRUBER, BONNIE BRADY, ELIZABETH
A. BAMBRICK, RONA S. KLOPMAN, DELL R.
CULLUM, RICHARD P. DREW, II, SUSAN M.
VORPHAL, STEPHEN M. LESTER, DAVID
TALMAGE, FALLON NIGRO, MICHAEL HAVENS,
and SIMON V. KINSELLA,

No.19-cv-03511(KAM)(SJB)

**NOTICE OF MOTION**
**FOR A STAY,**
**ABSTENTION, AND**
**SUMMARY JUDGMENT**

                             Plaintiffs

        -against-

SUFFOLK COUNTY BOARD OF ELECTIONS,
COMMISSIONER ANITA S. KATZ and
COMMISSIONER NICK LALOTA,

                           Defendants.
------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that upon the annexed declaration of Daniel E. Furshpan, affirmed on the 17th day of July, 2019, and the attached exhibits, the declaration of Gail M. Lolis and Erin McTiernan affirmed on the 17th day of July, 2019, and the attached exhibits, Defendants' Rule 56.1 Statement of Material Facts, the Memorandum of Law dated July 17, 2019, all submitted in support of this Motion, the Defendants, SUFFOLK COUNTY BOARD OF ELECTIONS, COMMISSIONER ANITA S. KATZ and COMMISSIONER NICK LALOTA, by their attorneys, Dennis M. Brown, Suffolk County Attorney, will move this Court before the Honorable Kiyo A. Matsumoto, United States District Court Judge for the Eastern District of New York, at the United States Courthouse located at 225 Cadman Plaza East, Brooklyn, NY 11201, in accordance with the parties' briefing schedule, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting summary judgment to the Defendants, or alternatively, for a stay and/or abstention of this instant action pending resolution and

disposition of the related proceeding in New York State Supreme Court (Index No. 3091/2019); and/or for such other and further relief as the Court deems proper and just.

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Court's Briefing Schedule of June 28, 2019, the Plaintiff will file opposition to this motion by July 25, 2019 with Reply thereto to be filed by August 1, 2019.

Dated: Hauppauge, New York
      July 17, 2019

                                          Respectfully submitted,

                                          DENNIS M. BROWN
                                          Suffolk County Attorney
                                          *Attorney for Defendants*
                                          100 Veterans Memorial Highway
                                          Hauppauge, NY 11788-0099

                        By:    */s/ Daniel E. Furshpan*
                                          Daniel E. Furshpan
                                          Assistant County Attorney
                                          (631) 853-6187
                                          daniel.furshpan@suffolkcountyny.gov

TO:    J. REMY GREEN
          Cohen & Green, PLLC
          1639 Centre Street, Ste 216
          Ridgewood, NY 11385
          remy@feemlaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
EH FUSION PARTY,
DAVID GRUBER, BONNIE BRADY, ELIZABETH            No.19-cv-03511(KAM)(SJB)
A. BAMBRICK, RONA S. KLOPMAN, DELL R.
CULLUM, RICHARD P. DREW, II, SUSAN M.
VORPHAL, STEPHEN M. LESTER, DAVID
TALMAGE, FALLON NIGRO, MICHAEL HAVENS,
and SIMON V. KINSELLA,

                      Plaintiffs

      -against-

SUFFOLK COUNTY BOARD OF ELECTIONS,
COMMISSIONER ANITA S. KATZ and
COMMISSIONER NICK LALOTA,

                      Defendants.
------------------------------------------------------------------X

**DEFENDANTS' NOTICE OF MOTION FOR A STAY, ABSTENTION, AND SUMMARY JUDGMENT**

DENNIS M.BROWN
Suffolk County Attorney
By: Daniel E. Furshpan
Assistant County Attorney
Office & P.O. Address
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, New York 11788-0099
(631) 853-6187